IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAMON DONATO SAIZ,

    Plaintiff,

v.                                      Case No. 1:23-cv-00660-MLG/GBW

ADD EXPRESS, INC.,

    Defendant.

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Notice Memorializing Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of the plaintiff's civil case against defendant ADD Express, Inc. It is ordered that plaintiff's action against ADD Express, Inc. is dismissed with prejudice.

                                                      UNITED STATES DISTRICT JUDGE
                                                      MATTHEW L. GARCIA