# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RAMON DONATO SAIZ,

    Plaintiff,

v.                                                  Case No. 1:23-cv-00660-MLG/GBW

ADD EXPRESS, INC.,

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of the claims asserted against Jose Luiz Ramirez Lopez. It is ordered that the plaintiff's claims against Lopez are dismissed without prejudice.

                                                                UNITED STATES DISTRICT JUDGE
                                                                MATTHEW L. GARCIA